1  Tim Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  RICARDO DIAZ GALINDO

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,       )    No. CR S 07 0441 GEB
10                                 )
           Plaintiff,              )    STIPULATION AND ORDER
11                                 )    CONTINUING JUDGMENT AND
       v.                          )    SENTENCE DATE
12                                 )
   RICARDO DIAZ GALINDO, et al.,   )
13                                 )
                                   )
14         Defendants.             )
   _____)
15
       IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko
16
   Coppola, for the government, and Tim Warriner, for Mr. Galindo, that the present sentencing
17
   date of January 8, 2010 be continued to February 12, 2010.  The parties hereby adopt the
18
   following schedule concerning the presentence investigation report:
19
       Presentence Investigation
20     Report to counsel:            December 31, 2009

21     Informal Objections Due:      January 8, 2010

22     Presentence Investigation
       Report to Court:              January 15, 2010
23
       Formal objections to
24     Presentence Investigation
       Report due:                   January 22, 2010
25
       Judgment and sentence
26     Date:                         February 12, 2010

27

28                                        1

DATED: December 10, 2009     /s/ Tim Warriner
                             Attorney for defendant,
                             RICARDO DIAZ GALINDO


DATED: December 10, 2009     /s/ Heiko Coppola
                             ASSISTANT UNITED STATES ATTORNEY,
                             FOR THE GOVERNMENT

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that judgment and sentencing be continued to February 12, 2010, at 9:00 a.m.  The court adopts the schedule concerning the presentence report as set forth above.

Dated: December 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2