Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
RICARDO DIAZ GALINDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 07 0441 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | CONTINUING JUDGMENT AND |
| v. ) | SENTENCE DATE |
| ) | |
| RICARDO DIAZ GALINDO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, for the government, and Tim Warriner, for Mr. Galindo, that the present sentencing date of February 12, 2010 be continued to March 12, 2010. The parties hereby adopt the following schedule concerning the presentence investigation report:

| | |
|---|---|
| Informal Objections Due: | February 5, 2010 |
| Presentence Investigation Report to Court: | February 12, 2010 |
| Formal objections to Presentence Investigation Report due: | February 19, 2010 |
| Judgment and sentence Date: | March 12, 2010 |

1

DATED: January 8, 2010     /s/ Tim Warriner
Attorney for defendant,
RICARDO DIAZ GALINDO

DATED: January 8, 2010     /s/ Heiko Coppola
ASSISTANT UNITED STATES ATTORNEY,
FOR THE GOVERNMENT

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that judgment and sentencing be continued to March 12, 2010, at 9:00 a.m. The court adopts the schedule concerning the presentence report as set forth above.

1/11/10

GARLAND E. BURRELL, JR.
United States District Judge